**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2686**

---

BARRINGTON F. WATKIS,

Plaintiff - Appellant,

versus

MICHAEL P. W. STONE, SECRETARY, DEPARTMENT OF
THE ARMY; RICHARD CHENEY, SECRETARY, DEPART-
MENT OF DEFENSE; CHARLES M. WIKER, Defense
Commissary Agency European Region; A. NEAL
NEWMAN, DA, Hq; LAWRENCE N. SELF, DA, Hq;
MR. CURTIS, DOD, Manager, Defense Commissary
Agency; MICHAEL LUDD, DOD, Product Manager,
Defense Commissary Agency; JAMES BECKER,
Colonel; WILLIAM H. OTT, Colonel,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. T. S. Ellis, III, District
Judge. (CA-95-91-A)

---

Submitted: May 1, 1997                    Decided: May 7, 1997

---

Before WIDENER and MURNAGHAN, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Barrington F. Watkis, Appellant Pro Se. Janet Rehnquist, OFFICE OF
THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order (1) denying his motion for reconsideration of a prior order denying his motion for appointment of counsel and (2) denying his motion for recusal. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Watkis v. Stone</u>, No. CA-95-91-A (E.D. Va. Oct. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>